29 So.2d 904
### Alma SALTER v. STATE.
3 Div. 876.

Court of Appeals of Alabama.
Jan. 7, 1947.

M. F. Dozier, of Mobile, for appellant.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.